IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02475-RPM

LEADERSHIP PREPARATORY ACADEMY, and
EDWARD TYLER,

    Plaintiffs,

v.

WIDEFIELD SCHOOL DISTRICT NO. 3,
KEITH KING,
JARED POLIS,
RANDY DEHOFF,
EVIE HUDAK,
PEGGY LITTLETON,
CLAIR ORR, and
PAMELA JOE SUCKLA,

    Defendants.

## ORDER DISMISSING DEFENDANT KEITH KING WITH PREJUDICE

THIS MATTER has come before the Court upon the motion of plaintiffs Edward Tyler and Leadership Preparatory Academy (collectively the "LPA Plaintiffs") to dismiss with prejudice all claims which have been raised or which could have been raised in this action between and among the LPA Plaintiffs and defendant Keith King, each party to bear his or its own attorneys' fees and costs. The Court has reviewed the motion to dismiss, is fully advised in the premises, and there being good cause, hereby ORDERS:

00264865.WPD1

1. The motion to dismiss with prejudice all claims which have been raised or which could have been raised in this action between and among the LPA Plaintiffs and defendant Keith King is granted.

2. All such claims are hereby dismissed with prejudice, each party to bear his or its own attorneys' fees and costs.

DATED this 14th, day of August, 2007.

BY THE COURT:

s/ Richard P. Matsch

_____
Richard P. Matsch
United States District Court Judge