IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-02475-RPM

LEADERSHIP PREPARATORY ACADEMY and
EDWARD TYLER,

    Plaintiffs,

v.

WIDEFIELD SCHOOL DISTRICT NO. 3,
JARED POLIS,
RANDY DEHOFF,
EVIE HUDAK,
PEGGY LITTLETON,
CLAIR ORR, and
PAMELA JO SUCKLA,

    Defendants.

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

---

On August 14, 2007, the plaintiffs filed a Notice of Dismissal of Remaining Defendants Without Prejudice [74], and a Status Report [73]. It now appearing that with the stipulated dismissal as to the defendant Keith King, the issues raised in this civil action as to the remaining defendants will be adjudicated in the civil action pending as case no 04-cv-3147 in the District Court, El Paso County, Colorado and that this civil action may, accordingly, be dismissed under Fed.R.Civ.P. 41 in deference to the litigation in that Court and it is therefore

ORDERED that the claims in this case as to the remaining defendants are dismissed without prejudice and this civil action is now dismissed.

Dated: August 24th, 2007

                                          BY THE COURT:

                                          s/ Richard P. Matsch

                                          Richard P. Matsch, Senior District Judge